E-FILED 04/04/2012
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Darlene Apac*, | CASE NO. CV 12-644-GHK (MANx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *America's Servicing Company, et al.*, | |
| Defendants. | |

Pursuant to the Court's April 4, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Darlene Apac's ("Plaintiff") claims against Defendants America's Servicing Company and NDEX West, LLC are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: April 4, 2012

_____
GEORGE H. KING
United States District Judge